United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Steven J Felder  
    Debtor

Case No. 19-16547-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Keith | Page 1 of 1 | Date Rcvd: Jul 10, 2020 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2020.
db             +Steven J Felder,    1815 68th Avenue,    Philadelphia, PA 19126-2627
cr             +Wells Fargo Bank, N.A. d/b/a Wells Fargo Auto,    1451 Thomas Langston Road,
                 Winterville, NC 28590-8872

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2020                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2020 at the address(es) listed below:
      CORINNE SAMLER BRENNAN    on behalf of Creditor    Franklin Mint Federal Credit Union
                cbrennan@klehr.com,    swenitsky@klehr.com
      DAVID M. OFFEN    on behalf of Debtor Steven J Felder dmo160west@gmail.com,
                davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
                bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                TOTAL: 5

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Steven J Felder            )   Chapter 13
         Debtor                     )
                                    )   19-16547-ELF
                                    )
                                    )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $5,300.00 is allowed and the balance in the amount of $5,300.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

7/9/20
**DATED:**                            ERIC L. FRANK
                                      U.S. BANKRUPTCY JUDGE