# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-16547** |
| **Steven J Felder** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Related Document #** |
| | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Steven J Felder** | : | |
| **Demarie Bey-Felder** | : | |
| | : | |
| **William C. Miller, Esq.** | | |
| **Respondents.** | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, its successor and assigns ("Creditor") in the above referenced case.

Please send all notices issued in this case to the undersigned at the address below.

                                                            Respectfully submitted,

                                                            /s/ Karina Velter
                                                            Karina Velter, Esquire (94781)
                                                            Adam B. Hall (323867)
                                                            Sarah E. Barngrover (323972)
                                                            Manley Deas Kochalski LLC
                                                            P.O. Box 165028
                                                            Columbus, OH  43216-5028
                                                            Telephone: 614-220-5611
                                                            Fax: 614-627-8181
                                                            Attorneys for Creditor
                                                            The case attorney for this file is Karina Velter.
                                                            Contact email is kvelter@manleydeas.com

20-021684_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-16547** |
| **Steven J Felder** : | **Chapter 13** |
| : | **Judge Eric L. Frank** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** : | **Related Document #** |
| : | |
| **Movant,** : | |
| : | |
| vs : | |
| : | |
| **Steven J Felder** : | |
| **Demarie Bey-Felder** : | |
| : | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, ecfemails@ph13trustee.com

David M. Offen, Attorney for Steven J Felder, dmo160west@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Steven J Felder, 1815 68th Avenue, Philadelphia, PA  19126

Demarie Bey-Felder, 5781 Dunlap Street, Philadelphia, PA  19139

/s/ Karina Velter

20-021684_PS