# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Steven J Felder | : | Case No.: 19-16547 |
| | : | **Chapter 13** |
| Debtor(s). | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover  
Sarah E. Barngrover (28840-64)  
Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus, OH  43216-5028  
614-220-5611; Fax 614-627-8181  
sebarngrover@manleydeas.com  

/s/ Adam B. Hall  
Adam B. Hall (323867)  
Manley Deas Kochalski LLC  
P.O. Box 165028  
Columbus, OH  43216-5028  
614-220-5611; Fax: 614-627-8181  
abh@manleydeas.com  

20-021684_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-16547** |
| **Steven J Felder** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Related Document #** |
| | : | |
| **Movant,** | : | |
| **vs** | : | |
| | : | |
| **Steven J Felder** | : | |
| **Demarie Bey-Felder** | : | |
| | : | |
| **William C. Miller, Esq.** | | |
| **Respondents.** | | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, P.O. Box 40837, Philadelphia, PA  19107, ecfemails@ph13trustee.com

David M. Offen, Attorney for Steven J Felder, The Curtis Center, 601 Walnut Street, Suite 160 West, Philadelphia, PA  19106, dmo160west@gmail.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 20, 2021:

Steven J Felder, 1815 68th Avenue, Philadelphia, PA  19126

Demarie Bey-Felder, 5781 Dunlap Street, Philadelphia, PA  19139


DATE: September 20, 2021

/s/ Adam B. Hall

20-021684_PS

Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

20-021684_PS