## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | **Case No.: 19-16547** |
| **Steven J Felder** | **:** | **Chapter 13** |
| | **:** | **Judge Eric L. Frank** |
| **Debtor(s)** | **:** | ******************* |
| | **:** | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | **:** | **Date and Time of Hearing** |
| | **:** | **Place of Hearing** |
| **Movant,** | **:** | **November 1, 2022 at 09:30 a.m.** |
| **vs** | **:** | |
| | **:** | |
| **Steven J Felder** | **:** | |
| **Demarie Bey-Felder** | **:** | |
| | **:** | |
| **Kenneth E. West** | | |
| **Respondents.** | | |

### CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY TO PERMIT WELLS FARGO BANK, N.A., D/B/A WELLS FARGO AUTO TO REPOSSESS THE 2011 TOYOTA TACOMA WITH THE VEHICLE IDENTIFICATION NUMBER 5TFUX4EN4BX006841 (DOCUMENT NO. 48)

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay and Co-Debtor Stay ("Motion") filed on October 11, 2022 at Document No. 48 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than October 26, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

/s/ Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)

20-021684_BEW1

Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

20-021684_BEW1

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-16547** |
| **Steven J Felder** | : | **Chapter 13** |
| | : | **Judge Eric L. Frank** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | **Date and Time of Hearing** |
| | : | **Place of Hearing** |
| **Movant,** | : | **November 1, 2022 at 09:30 a.m.** |
| vs | : | |
| | : | |
| **Steven J Felder** | : | |
| **Demarie Bey-Felder** | : | |
| | : | |
| **Kenneth E. West** | | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Certificate of No Objection Regarding Motion for Relief from the Automatic Stay and Co-Debtor Stay to Permit Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto To Repossess the 2011 Toyota Tacoma with the Vehicle Identification Number 5TFUX4EN4BX006841 (Document No. 48) was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

David M. Offen, Attorney for Steven J Felder, dmo160west@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

20-021684_BEW1

Steven J Felder, 1815 68th Avenue, Philadelphia, PA 19126

Demarie Bey-Felder, 5781 Dunlap Street, Philadelphia, PA 19139

/s/ Alyk L. Oflazian

20-021684_BEW1