```
              IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA


     IN RE:                   :    CHAPTER 13
                              :
     Steven J Felder          :    No.  19-16547-ELF
            Debtor            :
```

ANSWER TO MOTION OF WELLS FARGO BANK, N.A. d/b/a WELLS FARGO AUTO
FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362
AND CERTIFICATE OF SERVICE

Debtor's wife just informed counsel that she made a $700.00 payment yesterday and asks for a chance to get caught up.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 10/31/2022

A copy of this Answer is being served on ALYK OFLAZIAN, Esquire, and the Chapter 13 Trustee.