**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: : | |
| : | |
| **Steven J Felder** : | Case No.: 19-16547 |
| : | Chapter 13 |
| Debtor(s). : | Judge Patricia M. Mayer |
| : | * * * * * * * * * * * * * * * * * * * * * * * |
| : | |
| : | |

## **WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor"). Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Alyk L. Oflazian | /s/ Stephen R. Franks |
| Alyk L. Oflazian (312912) | Stephen R. Franks (333394) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH 43216-5028 | Columbus, OH 43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| ALOflazian@mdklegal.com | srfranks@mdklegal.com |

20-021684_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 19-16547** |
| **Steven J Felder** | : | **Chapter 13** |
| | : | **Judge Patricia M. Mayer** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * * |
| | : | |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : | Related Document # |
| | : | |
| **Movant,** | : | |
| vs | : | |
| | : | |
| **Demarie Bey-Felder** | : | |
| **Steven J Felder** | : | |
| **Kenneth E. West** | : | |
| **Respondents.** | | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

David M. Offen, Attorney for Steven J Felder, dmo160west@gmail.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Demarie Bey-Felder, 5781 Dunlap Street, Philadelphia, PA  19139

Steven J Felder, 1815 68th Avenue, Philadelphia, PA  19126

/s/ Stephen R. Franks

20-021684_PS