United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                     Case No. 19-16547-pmm
Steven J Felder                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                  Page 1 of 4
Date Rcvd: Nov 14, 2024                       Form ID: 138OBJ                              Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol      Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
              regulations require that automation-compatible mail display the correct ZIP.

^             Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steven J Felder, 1815 68th Avenue, Philadelphia, PA 19126-2627 |
| 14407580 | + | Demarie Bey-Felder, 5781 Dunlap Street, Philadelphia, PA 19131-3411 |
| 14411408 | + | Franklin Mint Federal Credit Union, c/o Corinne Samler Brennan, Esq., 1835 Market Street, Ste 1400, Philadelphia, PA 19103-2945 |
| 14407587 | | Helzberg Diamonds, Attn: Bankruptcy, 1825 Swift Avenue, Kansas City, MO 64116-3644 |
| 14479915 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A. Solarz, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14407593 | | Pa. SCDU, P.O. Box 69110, Harrisburg, PA 17106-9110 |
| 14567839 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Manley Deas Kochalski, LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14407603 | | Willowbrook Resort, Moseywood Road & Route 940, Lake Harmony, PA 18624 |

TOTAL: 8


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 14 2024 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 14 2024 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14484113 | | Email/Text: megan.harper@phila.gov | Nov 14 2024 23:57:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14433898 | + | Email/Text: BKPT@cfna.com | Nov 14 2024 23:56:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14443424 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2024 00:03:21 | CVI SGP Acquisition Trust, c/o Resurgent Capital Services, PO BOX 10587, Greenville, SC 29603-0587 |
| 14407570 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2024 00:03:27 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14419957 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2024 00:04:25 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14419958 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2024 00:04:20 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14433375 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2024 00:03:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14407571 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:04:19 | Citibank North America, Citibank Corp/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14407572 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:05:12 | Citibank North America, Attn: |

District/off: 0313-2        User: admin        Page 2 of 4

Date Rcvd: Nov 14, 2024        Form ID: 138OBJ        Total Noticed: 59

| | | | |
|---|---|---|---|
| | | | Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14407573 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:04:25 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14407574 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 23:57:00 | Comenity/Capital/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14407576 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 23:57:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14407575 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 23:57:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 18215, Columbus, OH 43218 |
| 14407577 | + Email/Text: BKPT@cfna.com | Nov 14 2024 23:56:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 14407578 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 15 2024 00:03:01 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14407581 | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:05:14 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 14442472 | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 23:57:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14407585 | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Nov 14 2024 23:56:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy, 5 Hillman Dr Ste 100, Chadds Ford, PA 19317 |
| 14407582 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Nov 15 2024 00:03:53 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14407584 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 14 2024 23:57:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14407586 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 23:57:00 | Genesis Bc/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14442108 | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2024 23:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14407588 | + Email/Text: BKRMailOPS@weltman.com | Nov 14 2024 23:57:00 | Kay Jewelers, c/o Sterling Jewelers, 375 Ghent Road, Akron, OH 44333-4600 |
| 14407589 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 14 2024 23:57:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14598756 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2024 00:03:06 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14426779 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2024 00:03:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14426778 | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2024 00:02:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14407590 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 14 2024 23:57:00 | Mabt - Genesis Retail, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14407591 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 15 2024 00:04:59 | Merrick Bank/CardWorks, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14407592 | + Email/Text: bankruptcynotices@psecu.com | Nov 14 2024 23:57:00 | P S E C U, Attention: Bankruptcy, Po Box 67013, Harrisburg, PA 17106-7013 |
| 14407594 | Email/Text: blegal@phfa.org | Nov 14 2024 23:57:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14437368 | ^ MEBN | Nov 14 2024 23:51:23 | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA, PA 19122-2898, ATTN: BANKRUPTCY DEPT,3FL |

| 14407596 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Nov 14 2024 23:57:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 14407595 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Nov 14 2024 23:57:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14429958 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Nov 14 2024 23:57:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14444541 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Nov 15 2024 00:03:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14431057 | + | Email/Text: bankruptcynotices@psecu.com | | |
| | | | Nov 14 2024 23:57:00 | PSECU, PO BOX 67013, HARRISBURG, PA 17106-7013 |
| 14486079 | + | Email/Text: blegal@phfa.org | | |
| | | | Nov 14 2024 23:57:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14437464 | + | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Nov 14 2024 23:57:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14440972 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 14 2024 23:57:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14437826 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 14 2024 23:57:00 | Quantum3 Group LLC as agent for, Helzberg Diamond Shops Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14440971 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 14 2024 23:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14437825 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Nov 14 2024 23:57:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14407597 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 15 2024 00:05:15 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14407599 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 15 2024 00:05:07 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14407600 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Nov 15 2024 00:04:54 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14407601 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 14 2024 23:57:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 14421437 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Nov 15 2024 00:03:30 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 14407602 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | | |
| | | | Nov 15 2024 00:05:10 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 51

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14407579 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14407583 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14407598 | *+ | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

District/off: 0313-2                                    User: admin                                    Page 4 of 4
Date Rcvd: Nov 14, 2024                            Form ID: 138OBJ                            Total Noticed: 59

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2024                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto amps@manleydeas.com |
| CORINNE SAMLER BRENNAN | on behalf of Creditor Franklin Mint Federal Credit Union cbrennan@klehr.com scmcginly@klehr.com;nyackle@klehr.com |
| DAVID M. OFFEN | on behalf of Debtor Steven J Felder dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| Stephen Franks | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)–doc 65 – 63

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Steven J Felder | ) | Case No. 19–16547–pmm |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: November 14, 2024

For The Court

Timothy B. McGrath
Clerk of Court